IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID L. MUSK,

Defendant.

8:10CR184

MEMORANDUM AND ORDER

This matter is before the court on its own motion in order to clarify the court's restitution order.  This court ordered restitution in the amount of $126,715.00.

IT IS HEREBY ORDERED:

1.     The United States Attorney shall notify the alleged victims listed in Sentencing Ex. A (Filing No. 73, Attachment A, Document  73-1), with the exception of Ms. Robin K. Fisher, of their right to request restitution in this case.

2.     On or before December 1, 2012, the United States Attorney shall file a verified pleading listing those victims who are entitled to restitution and who have requested restitution.

3.     The court will adjust the restitution ordered in the defendant's Judgment in a Criminal Case accordingly.

4.     Thereafter, the Clerk of Court is directed to distribute the restitution funds pro rata to the victims identified in the verified pleading.

DATED this 25th day of September, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge