IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID L. MUSK,<br><br>              Defendant. | **8:10CR184**<br><br>**JUDGMENT** |

Pursuant to the memorandum and order entered on this date, the court denies the defendant's motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Filing No. 100) and enters judgment in favor of the plaintiff and against the defendant.

Dated this 17th day of February, 2015

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge