IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:10CR184** |
| Plaintiff, | |
| v. | **ORDER** |
| DAVID L. MUSK, | |
| Defendant. | |

This matter is before the Court on defendant's motion to reconsider, Filing No. 115, this Court's order, Filing No. 113, denying his motion for habeas corpus relief pursuant to 28 U.S.C. § 2255, Filing No. 100.  The Court has carefully considered defendant's motion and finds it is without merit.   Defendant makes the same arguments he made previously, and the Court has already ruled on those issues.   Accordingly, the Court will deny defendant's motion to reconsider.

THEREFORE, IT IS ORDERED THAT defendant's motion to reconsider, Filing No. 115, is denied.

Dated this 12th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge